UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| APRIL WYATT, | ) | CASE NO. 5:10 CV 0443 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| BRANDY MYERS, | ) | JUDGMENT ENTRY |
| | ) | |
| Defendant. | ) | |

This court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed pursuant 28 U.S.C. § 1915(e). Further, the court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.

/s/ Donald C. Nugent 7/15/10
DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE